IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

AGNES TAYLOR                                                                                              PLAINTIFF

VS.                                    CASE NO. 3:04CV00390 HLJ

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration
DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the final decision of the Commissioner is affirmed and Plaintiff's Complaint is DISMISSED, WITH PREJUDICE.

SO ADJUDGED this 29th day of March, 2006.


_____
UNITED STATES MAGISTRATE JUDGE